IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01807-MSK-MJW

BANK ONE, N.A. (successor to Bank One, Colorado, N.A.), and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the
Jamison Family Trust,

        Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners, and
JOHNNY ON THE SPOT, INC.,

        Defendants.

---

BOULDER CLEANERS, INC., and
JOHN'S CLEANERS, INC.,

        Cross-Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

        Cross-Defendant.

---

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

        Counterclaimant,

v.

BANK ONE, N.A. (Successor to Bank One, Colorado, N.A.) and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the
Jamison Family Trust,

        Counterclaim Defendants.

_____

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL
_____

This matter comes before the Court on Gary E. Parish's Unopposed Motion to Withdraw As Co-Counsel **(#432)**. The Court having reviewed the Motion and being fully advised in the foregoing, hereby

**GRANTS** the Motion for good cause shown. The Clerk is directed to remove Gary E. Parish as co-counsel of record for Third-Party Plaintiff Boulder Cleaners, Inc.

Dated this 23rd day of May 2006.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge