IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01807-MSK-MJW

BANK ONE, N.A. (successor to Bank One, Colorado, N.A.), and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the Jamison Family Trust,

  Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners, and
JOHNNY ON THE SPOT, INC.,

  Defendants.

---

BOULDER CLEANERS, INC., and
JOHN'S CLEANERS, INC.,

  Cross-Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

  Cross-Defendant.

---

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

  Counterclaimant,

v.

BANK ONE, N.A. (Successor to Bank One, Colorado, N.A.) and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the Jamison Family Trust,

  Counterclaim Defendants.

## ORDER VACATING TRIAL SETTING

THIS MATTER comes before the Court on the Plaintiffs' and Defendants' Joint Notice Re: Trial Setting. A trial is currently set to commence on September 11, 2006. The matter cannot be tried in the time allotted. The Plaintiffs and the Defendants represent that there is an opportunity to settle the case and ask the Court to order them to attend a mediation. Based upon the Plaintiffs' and Defendants' joint representation and request,

**IT IS ORDERED** that:

(1) The trial set for September 11, 2006 is **VACATED**.

(2) The Plaintiffs, the Defendants and their respective insurers shall attend either a private mediation or a settlement conference with the Magistrate Judge within the next thirty days, with full settlement authority. Upon the scheduling of either, they shall jointly notify the Court of the date of such mediation or settlement conference.

(3) Within 10 days after the completion of mediation or a settlement conference, the Plaintiffs and the Defendants shall jointly advise the Court, in writing, as to whether any issues remain to be tried and the amount of time required for trial.

Dated this 7th day of July, 2006

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge