IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01807-MSK-MJW

BANK ONE, N.A. (successor to Bank One, Colorado, N.A.), and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the Jamison Family Trust,

    Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners, and
JOHNNY ON THE SPOT, INC.,

    Defendants.

---

BOULDER CLEANERS, INC., and
JOHN'S CLEANERS, INC.,

    Cross-Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

    Cross-Defendant.

---

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

    Counterclaimant,

v.

BANK ONE, N.A. (Successor to Bank One, Colorado, N.A.) and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the Jamison Family Trust,

    Counterclaim Defendants.

## ORDER VACATING FINAL TRIAL PREPARATION CONFERENCE

On July 7, 2006, the Court vacated the trial set for September 11, 2006.

**IT IS THEREFORE ORDERED** that the final trial preparation conference set for August 8, 2006 is also **VACATED**.

Dated this 13th day of July, 2006

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge