IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01807-MSK-MJW

BANK ONE, N.A. (successor to Bank One, Colorado, N.A.), and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the
Jamison Family Trust,

        Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners, and
JOHNNY ON THE SPOT, INC.,

        Defendants.

---

BOULDER CLEANERS, INC., and
JOHN'S CLEANERS, INC.,

        Cross-Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

        Cross-Defendant.

---

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

        Counterclaimant,

v.

BANK ONE, N.A. (Successor to Bank One, Colorado, N.A.) and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the
Jamison Family Trust,

        Counterclaim Defendants.

## ORDER GRANTING MOTION FOR RECONSIDERATION
## OF AUGUST 21, 2006 ORDER

THIS MATTER comes before the Court on the motion of the Defendants **(#448)** asking

the Court to reconsider its August 21, 2006 Order **(#447)** and to set the matter for a 5-week trial.

The motion is opposed only to the extent that the Defendants seek a 5-week trial.  Having

considered the same, the Court

**FINDS** and **CONCLUDES** that:

This matter was previously set for a 7-week jury trial to commence on September 11,

2006.  Because of a conflicting criminal trial, only 3 weeks were available to try the case at the

scheduled time.  Therefore, the Court vacated the trial date at the parties' request so that they

could pursue mediation.  The Order **(#439)** vacating the trial provided that: "Within 10 days after

the completion of mediation or a settlement conference, the Plaintiffs and the Defendants shall

jointly advise the Court, in writing, as to whether any issues remain to be tried and the amount of

time required for trial."

On August 21, 2006, the Court issued an Order **(#447)** granting the Plaintiffs' request for

an extension of time to respond to pending motions.  Contrary to the earlier Order, the August 21

Order provides "that the parties shall jointly contact the Court on October 10, 2006 to obtain a

trial date for a 3-week trial."

The deadline of October 10 was selected because it was after the anticipated completion

of the parties' mediation.  The Defendants now advise the Court that the mediation is expected to

resume on October 17.  They ask that they not be required to reset the trial until after completion

of mediation.  They also ask the Court to lift its restriction that the trial be limited to 3 weeks in

duration.  Although the Plaintiffs believe the matter can be tried in 3 weeks, the Defendants

believe that a 5-week trial is required.

It is unclear how much time, if any, will be required after the mediation is completed.

Once the mediation is concluded, the matter will be set for trial of an appropriate duration.

**IT IS THEREFORE ORDERED** that the Defendants' Motion for Reconsideration

**(#448 )** is **GRANTED**.

Within 10 days after the completion of mediation, the Plaintiffs and the Defendants shall

jointly advise the Court, by submission of a new pre-trial order, list of witnesses and list of

exhibits of what issues remain and the time necessary for trial.  A law and motion hearing will be

set to address trial scheduling.

Dated this 5th day of October, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

3