**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date:   May 24, 2007
Court Reporter:      Paul Zuckerman

Civil Action No. 01-cv-01807-MSK

_Parties_:                                             _Counsel Appearing:_

BANK ONE, N.A. (successor to Bank One, Colorado,       Jonathan Rauchway
N.A.),                                                 Laura J. Riese
BANK ONE TRUST COMPANY, N.A., as Trustee of
the Dora Lucille Jamison Trust and the Jamison Family
Trust,

            Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners and      C. Michael Montgomery
JOHNNY ON THE SPOT, INC.,                              Max Jones, Jr.

            Defendants.

BOULDER CLEANERS, INC.,
JOHN'S CLEANERS, INC.,

            Cross-Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a/ Your Valet Cleaners,

            Cross-Defendant.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

            Counterclaimant,

v.

BANK ONE, N.A. (successor to Bank One, Colorado,
N.A.), and
BANK ONE TRUST COMPANY, N.A., as Trustee of
the Dora Lucille Jamison Trust and the Jamison Family
Trust,

            Counterclaim Defendants.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

---

## COURTROOM MINUTES

---

HEARING:     Final Pretrial Conference.

**4:45 p.m.       Court in session**

Bradley Johnson, in house counsel for plaintiff Bank One appears by telephone.

Ed Greenmun, a representative of Bank One Trust appears by telephone.

All other counsel and party representatives are present in person.

**ORDER:**       Unopposed Motion for Leave for Authorization to File Responsive Letter (**Doc. #468**) is **DENIED.**

Review of the proposed final pretrial order

**5:03 p.m.       Court in recess**
**5:09 p.m.       Court in session**

**ORDER:**       Jury trial is set for 12 days as follows: **September 4, 5, 6, 7, 11, 12, 13, 14, 18, 19, 20, and 21, 2007 at 8:30 a.m.** in Courtroom A901, 901 19th Street, Denver, Co.  A Final Trial Preparation conference is set for **August 31, 2007 at 2:00 p.m.**

**ORDER:**       Proposed voir dire and jury instructions will be filed 30 days from today's date.

Other matters addressed:

       Anticipated motions
       Trial length, trial process, including voir dire, opening statements, jury instructions and charging conference, evidentiary issues and any questions posed by counsel.

The parties have no objection to the jury taking notes.

**ORDER:**       Unopposed Motion to File Addendum to Second Amended Final Pretrial Order (**Doc. #470) is GRANTED.**

**ORDER:**       Pertinent to trial process: Each side will be allotted 30  3/4 hours of time for presentation of their case.  Time will be monitored by the Courtroom Deputy on the chess clock.

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

**5:44 p.m.        Court in recess.**

**Total Time:     53 minutes.**
**Hearing concluded.**