IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 01-cv-01807-MSK-MJW

BANK ONE, N.A. (successor to Bank One, Colorado, N.A.), and
BANK ONE TRUST COMPANY, N.A., as Trustee of the Dora Lucille Jamison Trust and the
Jamison Family Trust,

    Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners, and
JOHNNY ON THE SPOT, INC.,

    Defendants.

BOULDER CLEANERS, INC., and
JOHN'S CLEANERS, INC.,

    Cross-Plaintiffs,

v.

C.V.Y. CORPORATION, d/b/a Your Valet Cleaners,

    Cross-Defendant.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on the Motion to Set Briefing Schedule for Dispositive Motions **(#509)** filed October 24, 2007. The Cross-Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically,

D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion **(#509)** is **DENIED**, without prejudice.

DATED this 24th day of October, 2007.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge